IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 JAN 12 PM 1:06
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LEE JOHNSTON,<br><br>Defendant. | No. 22-CR-11-S<br><br>Cts 1 - 5:<br>18 U.S.C. § 1708<br>(Possession of Stolen Mail) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about September 12, 2019, in the District of Wyoming, the Defendant, **GERALD LEE JOHNSTON**, did unlawfully have in his possession a package addressed to Charles Lucero (a fictitious name), Cody, Wyoming, which had been stolen from an authorized depository for mail matter, knowing the said package to have been stolen.

In violation of 18 U.S.C. § 1708.

## COUNT TWO

On or about March 15, 2021, through on or about March 16, 2021, in the District of Wyoming, the Defendant, **GERALD LEE JOHNSTON**, did unlawfully have in his possession a package addressed to J.F., Lenoir, North Carolina, which had been stolen from an authorized depository for mail matter, knowing the said package to have been stolen.

In violation of 18 U.S.C. § 1708.

## COUNT THREE

On or about March 15, 2021, through on or about March 16, 2021, in the District of Wyoming, the Defendant, **GERALD LEE JOHNSTON**, did unlawfully have in his possession a package addressed to M.M., Nahant, Massachusetts, which had been stolen from an authorized depository for mail matter, knowing the said package to have been stolen.

In violation of 18 U.S.C. § 1708.

## COUNT FOUR

On or about March 15, 2021, through on or about March 16, 2021, in the District of Wyoming, the Defendant, **GERALD LEE JOHNSTON**, did unlawfully have in his possession a package addressed to L.G., Tucson, Arizona, which had been stolen from an authorized depository for mail matter, knowing the said package to have been stolen.

In violation of 18 U.S.C. § 1708.

## COUNT FIVE

On or about March 15, 2021, through on or about March 16, 2021, in the District of Wyoming, the Defendant, **GERALD LEE JOHNSTON**, did unlawfully have in his possession a package addressed to B.H., Hudson, Wisconsin, which had been stolen from an authorized depository for mail matter, knowing the said package to have been stolen.

In violation of 18 U.S.C. § 1708.

A TRUE BILL:

/s/ Ink Signature on File in Clerk's Office
FOREPERSON

_____
L. ROBERT MURRAY
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** GERALD LEE JOHNSTON

**DATE:** January 11, 2022

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

Cts: 1 - 5   18 U.S.C. § 1708
(Possession of Stolen Mail)

0-5 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**   0-25 Years Imprisonment
Up To $1,250,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:** R.J. Fergon, USPIS

**AUSA:** Michael J. Elmore, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No